# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3216
LT Case No. 2008-CF-27949-A
SECOND CORRECTED
_____

KEVIN FULMORE, SR.,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Kevin Fulmore, Sr., Jasper, pro se.

No Appearance for Respondent.


December 5, 2025


PER CURIAM.

    The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the June 12, 2025 order rendered in Case No. 2008-CF-27949-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____